O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MANUEL ORTIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 2:25-cv-05820-WLH-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, briefs, and other records on file herein (Dkt. 1, 7), and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 9). No objections were received and the time to file objections has expired. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

    IT IS THEREFORE ORDERED that: the R&R is accepted and approved, and the Commissioner's motion to dismiss (Dkt. 7) is GRANTED.

DATED: November 24, 2025

                                    Hon. Wesley L. Hsu<br>                                    UNITED STATES DISTRICT JUDGE