JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MANUEL ORTIZ,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1]<br><br>Defendant. | Case No. 2:25-cv-05820-WLH-KES<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of the U.S. Magistrate Judge, Plaintiff's Complaint is DISMISSED for lack of jurisdiction.

DATED: November 24, 2025

_____
Hon. Wesley L. Hsu
UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became Commissioner of Social Security on May 6, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as Defendant in this suit. The Clerk shall update the electronic docket accordingly.